United States District Court
Southern District of Texas
**ENTERED**
February 12, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **JARVIS DUGAS,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | Civil Case No. 4:22-CV-04488 |
| | § | |
| **THE UNITED STATES OF AMERICA CORPORATION JUDICIAL DEPARTMENT, SOUTHERN DISTRICT JUDICIAL DEPARTMENT, THE 5TH CIRCUIT COURT OF APPEAL, PRISON LEGAL REFORM ACT POLICY MAKER and THE STATE OF TEXAS POLICY MAKER MUNICIPAL,** | § § § § § § § § | |
| Defendants. | § | |

## ORDER DENYING MOTION FOR APPOINTMENT OF COUNSEL AND IMPOSING SANCTIONS

Jarvis Dugas, an inmate in the Texas Department of Criminal Justice, filed a prisoner civil rights complaint. This Court dismissed the complaint under 28 U.S.C. § 1915(g) because Dugas did not pay the filing fee and had at least five prior cases dismissed as frivolous or for failure to state a claim upon which relief could be granted, making him ineligible to proceed *in forma pauperis.* (Dkt. No. 8). The Court subsequently denied Dugas's motion for an extension of time to file an amended complaint, (Dkt. No. 11), his motion for reconsideration of the orders dismissing the case and denying an extension of time and two motions for appointment of counsel to represent him in this case, (Dkt. Nos. 15 and 21). The last Order denying Dugas's motions expressly warned

Dugas that filing additional frivolous motions could result in the imposition of sanctions. (Dkt. No. 21 at 2).

On February 8, 2024, more than a year after this case was dismissed, Dugas filed another motion for appointment of counsel. His motion contends that the Court erred in dismissing this case but bases this argument on nothing more than Dugas's disagreement with the Court's decision.

In light of Dugas's numerous frivolous filings in this case and this Court's express warning to him, it is **ORDERED** as follows:

1. Dugas's Motion for appointment of counsel, (Dkt. No. 22), is **DENIED**.

2. Dugas is **SANCTIONED** in the amount of $50.00 for his abusive litigation practices. The agency having custody of Dugas shall place a hold on his inmate trust account and shall deduct this amount when funds are available and forward them to the Clerk of Court until the sanction is paid in full.

3. Dugas is **WARNED** that further frivolous filings will result in increasing monetary sanctions, and could result in an order precluding him from filing anything further in this district without first obtaining permission from the Chief Judge.

The Clerk will provide copies of this Order to the Parties.

It is SO ORDERED.

Signed on February 12, 2024.

_____
**DREW B. TIPTON**
**UNITED STATES DISTRICT JUDGE**